Jonathan W. Harris
BAKER & HARRIS
266 West Bridge Street
Blackfoot, Idaho 83221
Telephone: (208) 785-2310
Facsimile: (208) 785-6749
E-Mail: jwharris@bakerharrislaw.com
Idaho State Bar No. 6261

Attorneys for Defendant,

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA and KATHY MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>TRUST FINANCIAL, LLC, dba CBS COLLECTIONS<br><br>Defendants. | Case No. 1:16-CV-00272-REB<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

COMES NOW, Defendant, Trust Financial, LLC, dba CBS Collections, by and through their attorney of record, Jonathan W. Harris of the firm BAKER & HARRIS, and hereby files its Corporate Disclosure Statement pursuant to rule 7.1 of the Federal Rules of Civil Procedure.

Trust Financial does not have a parent corporation nor does any publicly held corporation own 10% or more of said entity.

DATED this 26 day of July, 2016.

BAKER & HARRIS

_____
Jonathan W. Harris

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 1**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic filing to the following person(s):

**Paul Thomas Clark**
tclark@clarkandfeeney.com,dwilkins@clarkandfeeney.com

**Joshua R. Trigsted**
jtrigsted@attorneysforconsumers.com,tparrish@attorneysforconsumers.com

_____
Jonathan W. Harris

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 2**