Jonathan W. Harris
BAKER & HARRIS
266 West Bridge Street
Blackfoot, Idaho 83221
Telephone: (208) 785-2310
Facsimile: (208) 785-6749
E-Mail: jwharris@bakerharrislaw.com
Idaho State Bar No. 6261

Attorneys for Defendant,

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOSHUA and KATHY MILLER, | Case No. 1:16-CV-00272-REB |
| Plaintiffs, | |
| v. | **ANSWER** |
| TRUST FINANCIAL, LLC, dba CBS COLLECTIONS | |
| Defendants. | |

COMES NOW, the Defendant TRUST FINANCIAL, LLC, dba CBS COLLECTIONS, and for answer alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

1.    Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

2.    Defendant denies each and every allegation not admitted or qualified.

### ANSWER

**ANSWER - 1**

3.    Answering paragraph 1, Defendant admits that Plaintiffs have alleged violations of the Fair Debt Collection Practices Act (hereinafter "FDCPA"), but deny that any such violations have occurred.

4.    Answering paragraph 2, admit.

5.    Answering paragraph 3.

6.    Answering paragraph 4, admit that Defendant is a limited liability company engaged in the business of collecting debts by use of mail and telephone. Deny that Defendant is a corporation and deny that Defendant regularly attempts to collects debts from consumers in Washington State.

7.    Answering Section IV, paragraph 1, admit.

8.    Answering Section IV, paragraph 2, admit.

9.    Answering Section IV paragraph 3, admit.

10.    Answering Section IV, paragraph 4, admit that Defendant took multiple actions in an attempt to collect one or more debts. Deny that Defendant's conduct violated the FDCPA.

11.    Answering Section IV, paragraph 5, deny.

12.    Answering Section IV, paragraph 6, deny.

13.    Answering Section IV, paragraph 7, deny.

14.    Answering Section IV, paragraph 8, deny.

15.    Answering Section IV, paragraph 9, deny.

16.    Answering Section IV, paragraph 10, deny.

17.    Answering Section IV, paragraph 11, deny.

**ANSWER - 2**

18. Answering Count I, paragraph 12, Defendant admits, denies, and denies without knowledge the incorporated paragraphs as previously set forth herein.

19. Answering Count I, paragraph 13, deny.

20. To the extent Defendant committed one or more violations of the FDCPA, which allegations are denied, said violations were clerical, technical, unintentional and did not damage Plaintiff in any form or fashion. Thus, Defendant avails itself of the bona fide error defense.

21. Plaintiffs have failed to mitigate their damages, if any.

22. If Defendant has any liability to Plaintiffs, which liability Defendant, denies, any award made to Plaintiffs in this action must be reduced by the Court, pursuant to Idaho Code § 6-1606, in the event that any such award includes compensation for damages for which Plaintiffs have been compensated independently from collateral sources.

23. Plaintiff's Complaint is barred under statutes of limitations.


WHEREFORE, Defendant, TRUST FINANCIAL, LLC, dba CBS COLLECTIONS, pray for judgment of this Court against Plaintiff JOSHUA and KATHY MILLER as follows:

1. That Plaintiffs Complaint be dismissed with prejudice, that Plaintiffs take nothing thereby and that judgment be entered for the Defendant.

24. That Defendant be awarded costs and attorney's fees in defending this action pursuant to 15 USC § 1692k(a)(3) and F.R.C.P. 54.

25. For such other and further relief as the court may deem just and proper.


**ANSWER - 3**

DATED this 27 day of July, 2016.

BAKER & HARRIS

_____
Jonathan W. Harris

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **ANSWER** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic filing to the following person(s):

**Paul Thomas Clark**
tclark@clarkandfeeney.com,dwilkins@clarkandfeeney.com

**Joshua R. Trigsted**
jtrigsted@attorneysforconsumers.com,tparrish@attorneysforconsumers.com

_____
Jonathan W. Harris

**ANSWER - 4**